IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| D. SCOTT SUMMER, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 04-0387-S-MHW |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| BOARD OF CORRECTIONS OF THE | ) | |
| STATE OF IDAHO, IDAHO | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| and TOM BEAUCLAIR, Director,[1] | ) | |
| | ) | |
| Respondents. | ) | |

On August 6, 2006, the Court entered an Order dismissing this action with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED with prejudice.



DATED: **August 3, 2006**

_____
Honorable Mikel H. Williams
United States Magistrate Judge

---

[1] The Court considers the proper Respondent in this case to be Tom Beauclair, as Petitioner is not currently in custody.

**JUDGMENT  1**